UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IBRAHIM KARABATAK, | : | |
| | : | Civ. No. 22-6702 (RBK) |
| Petitioner, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

*Pro se* Petitioner is a federal prisoner. He is proceeding with a motion to vacate, set aside or correct his sentence pursuant 28 U.S.C. § 2255. On November 28, 2022, this Court administratively terminated this matter as Petitioner failed to file his § 2255 motion on the proper form. (*See* ECF 2). After this Court entered its November 28, 2022 order, Petitioner filed an emergency motion for bail on November 28, 2022 and an amended § 2255 motion. (*See* ECF 3 & 4). Considering these filings, the Clerk will be ordered to reopen this case so they can be analyzed.

Petitioner's amended § 2255 motion is not on the proper form. Thus, for similar reasons outlined in this Court's November 28, 2022 order, this matter shall be re-administratively terminated. Considering this administrative termination, Plaintiff's pending motion for bail in these § 2255 proceedings shall also be administratively terminated.[1]

Accordingly, IT IS on this 30th day of November, 2022,

ORDERED that the Clerk shall reopen this case in light of Petitioner's pending motion for bail and amended § 2255 motion; and it is further

---

[1] Petitioner's motion for bail was also filed in his underlying criminal action (Crim. No. 21-677, ECF 82) and remains pending.

ORDERED that the Clerk shall re-administratively terminate this case as Petitioner's amended § 2255 motion is not filed on the proper form; and it is further

ORDERED that in light of the re-administrative termination of this proceeding, Petitioner's pending motion for bail (ECF 3) is administratively terminated in this § 2255 proceeding; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. Mail.

s/ Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge