UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IBRAHIM KARABATAK, | : | |
| Petitioner, | : | Civ. No. 22-6702 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Petitioner is proceeding *pro se* with an amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (*See* ECF 6). On December 6, 2022, this Court ordered Respondent to file a response to Petitioner's § 2255 motion. (*See* ECF 7). On January 11, 2023, Respondent requested and received an extension of time until April 6, 2023 to file its response. (*See* ECF 8 & 9). On January 17, 2023, Petitioner filed an emergency motion for bail pending review of his § 2255 motion along with a supplement in support of his emergency motion. (*See* ECF 10 & 12).

Accordingly, IT IS on this 14th day of February 2023,

ORDERED that Respondent shall file a response to Petitioner's emergency motion for bail (ECF 10) and corresponding supplement in support of his motion (ECF 12) within seven (7) days of the date of this memorandum and order; and it is further

ORDERED that Petitioner may file a reply in support of his emergency motion for bail within seven (7) days of the date Respondent files its response; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

<u>s/ Robert B. Kugler</u>
ROBERT B. KUGLER
United States District Judge
